THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jimmy R. Taylor, Appellant.
 
 
 

Appeal From Orangeburg County
 Diane S. Goodstein, Circuit Court Judge

Unpublished Opinion No. 2009-UP-148
 Submitted March 2, 2009  Filed March 30,
2009   

AFFIRMED

 
 
 
 Everett K. Chandler, of Aiken, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor David M.
 Pascoe, of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Jimmy R. Taylor appeals his conviction
 for felony driving under the influence.  Taylor alleges the trial court erred
 in admitting the testimony of the States expert witness after the State
 allegedly violated a pre-trial agreement concerning the subject of the expert
 testimony.  We affirm
 pursuant to Rule 220(b), SCACR, and the following authorities:    State v. Jamison, 372 S.C. 649, 652, 643
 S.E.2d 700, 701 (Ct. App. 2007) (The qualification of a witness as an expert
 and the admissibility of his or her testimony are matters left to the sound
 discretion of the trial judge, whose decision will not be reversed on appeal
 absent an abuse of that discretion and prejudice to the opposing party.); State
 v. Johnson, 306 S.C. 119, 127-28, 410 S.E.2d 547, 552-53 (1991) (holding
 there is no reversible error where the defendant fails to demonstrate prejudice
 resulting from the violation of a pre-trial agreement with the solicitor and
 the solicitor attempts in good faith to comply with the agreement).  
AFFIRMED.[1]
HEARN,
C.J., PIEPER and LOCKEMY, concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.